UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES THOMPSON,

                                    NO. CIV. S-09-1512 LKK/GGH

        Plaintiff,

    v.
                                    O R D E R
MRS ASSOCIATES, INC.,

        Defendant.

_____/

        Upon  review  of  the  complaint,  it  appears  that  this  action
should  have  been  commenced  in  the  Fresno  district  of  this  court.
See  Local  Rule  3-130(d).  Accordingly,  this  action  is  hereby
TRANSFERRED  to  this  court's  Fresno  division.  See  Local  Rule  3-
120(f).  The  Clerk  is  directed  to  take  all  necessary  action  to
transfer  the  case  to  the  Fresno  division.  The  scheduling  conference
currently  set  for  August  24,  2009  is  VACATED.

        IT IS SO ORDERED.

        DATED:   June 3, 2009.

                                    LAWRENCE  K.  KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT